**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Two-Young Consultants LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-4387943** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2508 Scottsville Road, Suite 104** <br> **Bowling Green, KY 42104** <br> Number, Street, City, State & ZIP Code | **13719 W. Voyager Dr.** <br> **Fishers, IN 46037** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Warren** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.rapidreliefuc.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Two-Young Consultants LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

5416

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | **Two-Young Consultants LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | | | | |
| District | | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

██ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **Two-Young Consultants LLC**

Name

Case number (*if known*) _____

☐ $50,001 - $100,000             ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Two-Young Consultants LLC**
_____    Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2024**
_____
MM / DD / YYYY

**X** **/s/ Charles D. Young, Jr.**
_____
Signature of authorized representative of debtor

**Charles D. Young, Jr.**
_____
Printed name

Title    **Member**
_____

**18. Signature of attorney**

**X** **/s/ Dean A. Langdon**
_____
Signature of attorney for debtor

Date    **June 21, 2024**
_____
MM / DD / YYYY

**Dean A. Langdon**
_____
Printed name

**DelCotto Law Group PLLC**
_____
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(859) 231-5800**    Email address    _____

**40104 KY**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Two-Young Consultants LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2024**          X */s/ Charles D. Young, Jr.*
                                          Signature of individual signing on behalf of debtor

                                          **Charles D. Young, Jr.**
                                          Printed name

                                          **Member**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Two-Young Consultants LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMN Healthcare PO Box 675007 Detroit, MI 48267-5007** | | **Translation Services for Refugee Contract** | | | | **$15,000.00** |
| **Custom Sign & Engineering 5344 Vann Road Newburgh, IN 47630-8481** | | **signage** | | | | **$30,877.00** |
| **Experity EMR & Billing Company 8777 Velocity Drive Machesney Park, IL 61115** | | **service contract and license agreement** | **Disputed** | | | **$330,000.00** |
| **German American Bank - Visa 711 Main St. P O Box 810 Jasper, IN 47547** | | **credit card** | | | | **$83,009.36** |
| **Huntington Bank 45 N. Pennsylvania St. Indianapolis, IN 46204** | | **2021 Porsche Cayenne base model, VIN xxx09292** | | **$65,000.00** | **$52,500.00** | **$12,500.00** |
| **McKessen Medical Supplies 6555 State Hwy 161 Irving, TX 75039** | | **medical supplier** | | | | **$11,644.00** |
| **Medline PO Box 382075 Pittsburgh, PA 15251-0875** | | **medical supplier** | | | | **$6,523.00** |
| **Porsche Finance One Porsche Drive Atlanta, GA 30354** | | **2021 Porsche Cayenne GTS, VIN xxx49122** | | **$95,000.00** | **$88,500.00** | **$6,500.00** |

Debtor   **Two-Young Consultants LLC**
_____     Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ReadyCap Lending, LLC/SBA 200 Connell Drive, Suite 4000 Berkeley Heights, NJ 07922** | | **All assets (except vehicles)** | | **$2,500,000.00** | **$477,882.00** | **$2,022,118.00** |
| **Social Life Marketing, LLC 125 N Weinbach Ave #510 Evansville, IN 47714** | | **marketing** | | | | **$7,800.00** |
| **Speciality Capital Lending, LLC 224 W 35th St., Ste 500 Unit 583 New York, NY 10001** | | **future receipts** | **Disputed** | **$168,500.00** | **$0.00** | **$168,500.00** |
| **Stewart Richie 2137 Glen Lily Rd Bowling Green, KY 42101** | | **build out for lab** | | | | **$7,500.00** |
| **Versea Diagnostics 603 E Cass Street Tampa, FL 33602** | | **outstanding payables** | | | | **$86,464.00** |

**Fill in this information to identify the case:**

Debtor name        **Two-Young Consultants LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................  $           **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................  $     **618,882.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................  $     **618,882.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $   **2,828,500.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................  $           **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................  +$     **578,817.36**

4.  Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b    $   **3,407,317.36**

**Fill in this information to identify the case:**

Debtor name **Two-Young Consultants LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **German American Bank** | **Business Checking** | **8201** | **$30,000.00** |
|---|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                              | $30,000.00 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:     **707,992.00** -     **317,113.00** = ....     **$390,879.00**
                              face amount          doubtful or uncollectible accounts

Debtor    **Two-Young Consultants LLC**                                 Case number *(If known)* _____
          Name

| 12. | **Total of Part 3.** | | $390,879.00 |
|---|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Medical and office supplies** | | Unknown | Replacement | $15,000.00 |

| 23. | **Total of Part 5.** | | $15,000.00 |
|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| Debtor | **Two-Young Consultants LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture **Office furniture at 3 locations** | Unknown | Replacement | $25,000.00 |
| 40. Office fixtures | | | |
| 41. Office equipment, including all computer equipment and communication systems equipment and software **Office equipment, computer systems at 3 locations** | Unknown | Replacement | $15,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $40,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Porsche Cayenne base model, VIN xxx09292** | Unknown | Replacement | $52,500.00 |
| 47.2. **2021 Porsche Cayenne GTS, VIN xxx49122** | Unknown | Replacement | $88,500.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor **Two-Young Consultants LLC**
Name
Case number *(If known)* _____

---

| 51. | **Total of Part 8.** | | $141,000.00 |
|---|---|---|---|

Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **2508 Scottsville Rd., #104, Bowling Green KY** | Leasehold only | $0.00 | | $0.00 |
| 55.2. | **651 US 31 W. Bypass, #106, Bowling Green KY** | Leasehold only | $0.00 | | $0.00 |
| 55.3. | **2005 N. Dixie Ave, Elizabethtown KY** | Leasehold only | $0.00 | | $0.00 |

---

| 56. | **Total of Part 9.** | | $0.00 |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

---

Debtor  **Two-Young Consultants LLC**    Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites** **www.rapidreliefuc.com;** **www.rapidreliefurgentcare.com** | **Unknown** | **N/A** | **$2,000.00** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

> **$2,000.00**

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable** Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** **National Fire and Marine Insurance - professional liability insurance** | **$1.00** |
| **Travelers Casualty Insurance Company - workers compensation and employers' liability insurance** | **$1.00** |
| **State Auto Mutual - automobile insurance** | **$1.00** |

Debtor    **Two-Young Consultants LLC**                                          Case number *(If known)* _____
           Name

**Life insurance policies on members - there is a $3MM**                                                          **$0.00**
**term policy on each member**

---

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**
       **Potential claim for an accounting, breach of contract**                                                  **Unknown**
       **against Experity, Inc.**

| Nature of claim | breach of contract |
|---|---|
| Amount requested | $0.00 |

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                                              **$3.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor   **Two-Young Consultants LLC**_____   Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $30,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $390,879.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $141,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $618,882.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $618,882.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 7

**Fill in this information to identify the case:**

Debtor name        **Two-Young Consultants LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Huntington Bank**
Creditor's Name

**45 N. Pennsylvania St.
Indianapolis, IN 46204**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
4/22**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Porsche Cayenne base model, VIN xxx09292**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$65,000.00**    Column B: **$52,500.00**

**2.2  Porsche Finance**
Creditor's Name

**One Porsche Drive
Atlanta, GA 30354**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
10/22**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2021 Porsche Cayenne GTS, VIN xxx49122**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$95,000.00**    Column B: **$88,500.00**

Debtor  **Two-Young Consultants LLC**                                Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **ReadyCap Lending, LLC/SBA** | Describe debtor's property that is subject to a lien | **$2,500,000.00** | **$477,882.00** |
|---|---|---|---|---|

Creditor's Name

**200 Connell Drive, Suite 4000**
**Berkeley Heights, NJ 07922**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All assets (except vehicles)**

**Describe the lien**
**UCC-1 KY 2021-3183183-52.01**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/31/22**

**Last 4 digits of account number**
**9103**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Speciality Capital Lending, LLC** | Describe debtor's property that is subject to a lien | **$168,500.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**224 W 35th St., Ste 500**
**Unit 583**
**New York, NY 10001**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**future receipts**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/22/24**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$2,828,500.00** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor  **Two-Young Consultants LLC**
Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ready Capital (SBA Lender)**<br>**1251 Avenue of the Americas**<br>**50th Floor**<br>**New York, NY 10020** | Line __2.3__ | |
| **U.S. Small Business Administration**<br>**Tennessee District Office**<br>**2 International Plaza, Ste 500**<br>**Nashville, TN 37217** | Line __2.3__ | **9103** |

**Fill in this information to identify the case:**

Debtor name    **Two-Young Consultants LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Notice Only**

Basis for the claim:
**Federal Taxes**

Last 4 digits of account number **7943**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
**Kentucky Department of Revenue Legal Branch - Bankruptcy Section**
**P.O. Box 5222**
**Frankfort, KY 40602**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Notice Only**

Basis for the claim:
**Kentucky income/payroll/tangible property taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **Two-Young Consultants LLC**                              Case number (if known) _____

Name

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$15,000.00** |

**3.1**

Nonpriority creditor's name and mailing address
**AMN Healthcare**
**PO Box 675007**
**Detroit, MI 48267-5007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$15,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Translation Services for Refugee Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address
**Custom Sign & Engineering**
**5344 Vann Road**
**Newburgh, IN 47630-8481**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$30,877.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **signage**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address
**Experity**
**EMR & Billing Company**
**8777 Velocity Drive**
**Machesney Park, IL 61115**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$330,000.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **service contract and license agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4**

Nonpriority creditor's name and mailing address
**German American Bank - Visa**
**711 Main St.**
**P O Box 810**
**Jasper, IN 47547**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **0346**

As of the petition filing date, the claim is: *Check all that apply.*  **$83,009.36**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5**

Nonpriority creditor's name and mailing address
**McKessen Medical Supplies**
**6555 State Hwy 161**
**Irving, TX 75039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$11,644.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**

Nonpriority creditor's name and mailing address
**Medline**
**PO Box 382075**
**Pittsburgh, PA 15251-0875**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$6,523.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **medical supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**

Nonpriority creditor's name and mailing address
**Social Life Marketing, LLC**
**125 N Weinbach Ave #510**
**Evansville, IN 47714**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$7,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Two-Young Consultants LLC**                                    Case number (if known) _____
        _____
        Name

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$7,500.00** |

**Stewart Richie**
**2137 Glen Lily Rd**
**Bowling Green, KY 42101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _build out for lab_

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$86,464.00** |

**Versea Diagnostics**
**603 E Cass Street**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** _

**Basis for the claim:** _outstanding payables_

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $    578,817.36 |
| **5c. Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $    578,817.36 |

**Fill in this information to identify the case:**

Debtor name **Two-Young Consultants LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of premises at 2005 N. Dixie Ave, Elizabethtown, KY 42701**<br><br>**Aurora L. Abang**<br>**1737 Kensington Place Lane**<br>**Louisville, KY 40205** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of premises at 651 U.S. 31W Bypass, Ste. 106, Bowling Green KY 42103**<br><br>**Bhavani, Inc.**<br>**c/o Paul Patel**<br>**568 Cumberland Ridge Way**<br>**Bowling Green, KY 42103** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Service Order Agreement for all three clinic locations**<br><br>**Experity**<br>**EMR & Billing Company**<br>**8777 Velocity Drive**<br>**Machesney Park, IL 61115** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of premises at 2508 Scottsville Rd., Ste. 104, Bowling Green KY 42104**<br><br>**Summer Street Properties, LLC**<br>**911 College St., Ste. 205**<br>**Bowling Green, KY 42101** |

Debtor 1    **Two-Young Consultants LLC**                                  Case number *(if known)* _____

First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Services Agreement** |
| | State the term remaining | **Teleradiology Specialists, LLC dba Experity Teleradiology 4300 North Miller Rd, Ste 122 Scottsdale, AZ 85251** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Securities Transfer Restriction Agreement** |
| | State the term remaining | **Zip Clinic Management, LLC Jeremy Luckett, M.D. 3508 Fairview Dr Owensboro, KY 42303** |
| | List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Administrative Services Agreement** |
| | State the term remaining | **ZipClinic, PSC Attn: Jeremey Luckett, M.D. 3508 Fairview Dr. Owensboro, KY 42303** |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name          **Two-Young Consultants LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Charles Young, Jr.** | **13719 W Voyager Dr** <br> **Fishers, IN 46037** | **ReadyCap Lending, LLC/SBA** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Charles Young, Jr.** | **13719 W Voyagers Dr** <br> **Fishers, IN 46037** | **Speciality Capital Lending, LLC** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Charles Young, Jr.** | **13719 W Voyagers Dr** <br> **Fishers, IN 46037** | **Huntington Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Charles Young, Jr.** | **13719 W Voyagers Dr** <br> **Fishers, IN 46037** | **German American Bank - Visa** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.5 | **Charles Young, Jr.** | **13719 W Voyagers Dr** <br> **Fishers, IN 46037** | **Porsche Finance** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   **Two-Young Consultants LLC**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Jamie Young | 13719 W Voyagers Dr<br>Fishers, IN 46037 | ReadyCap Lending,<br>LLC/SBA | ■ D __2.3__<br>□ E/F _____<br>□ G _____ |
| 2.7 | Jamie Young | 13719 W Voyagers Dr<br>Fishers, IN 46037 | Speciality Capital<br>Lending, LLC | ■ D __2.4__<br>□ E/F _____<br>□ G _____ |
| 2.8 | Jamie Young | 13719 W Voyagers Dr<br>Fishers, IN 46037 | Huntington Bank | ■ D __2.1__<br>□ E/F _____<br>□ G _____ |
| 2.9 | Jamie Young | 13719 W Voyagers Dr<br>Fishers, IN 46037 | Porsche Finance | ■ D __2.2__<br>□ E/F _____<br>□ G _____ |
| 2.10 | Jamie Young | 13719 W Voyagers Dr<br>Fishers, IN 46037 | German American<br>Bank - Visa | □ D _____<br>■ E/F __3.4__<br>□ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Two-Young Consultants LLC**                                    Case No. _____

                                              Debtor(s)          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

         For legal services, I have agreed to accept .................................... $     **Hourly Rates**

         Prior to the filing of this statement I have received ......................... $        **20,000.00**

         Balance Due .................................................................. $             **TBD**

2.   $___**1,738.00**___ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

         ☑ Debtor          ☐ Other (specify):

4.   The source of compensation to be paid to me is:

         ☑ Debtor          ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

         a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
         b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
         c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
         d.  [Other provisions as needed]
             **All Chapter 11 general counsel services.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

     June 21, 2024                                  /s/ Dean A. Langdon
     *Date*                                         **Dean A. Langdon**
                                                    *Signature of Attorney*
                                                    **DelCotto Law Group PLLC**
                                                    **200 North Upper St.**
                                                    **Lexington, KY 40507**
                                                    **(859) 231-5800   Fax: (859) 281-1179**
                                                    *Name of law firm*

## United States Bankruptcy Court
### Western District of Kentucky

In re   **Two-Young Consultants LLC**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Charles D. Young, Jr.**<br>**10315 Waterford Pl**<br>**Newburgh, IN 47630** | | **50** | **Membership interests** |
| **Jamie C. Young**<br>**10315 Waterford Pl**<br>**Newburgh, IN 47630** | | **50** | **Membership Interests** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 21, 2024**

Signature   **/s/ Charles D. Young, Jr.**

**Charles D. Young, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Western District of Kentucky**

In re    **Two-Young Consultants LLC**                                                    Case No. _____
                                                    Debtor(s)                        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **June 21, 2024**                                    **/s/ Charles D. Young, Jr.**
                                                    **Charles D. Young, Jr./Member**
                                                    Signer/Title

AMN Healthcare
PO Box 675007
Detroit, MI 48267-5007

Aurora L. Abang
1737 Kensington Place Lane
Louisville, KY 40205

Bhavani, Inc.
c/o Paul Patel
568 Cumberland Ridge Way
Bowling Green, KY 42103

Charles Young, Jr.
13719 W Voyagers Dr
Fishers, IN 46037

Custom Sign & Engineering
5344 Vann Road
Newburgh, IN 47630-8481

Experity
EMR & Billing Company
8777 Velocity Drive
Machesney Park, IL 61115

German American Bank - Visa
711 Main St.
P O Box 810
Jasper, IN 47547

Huntington Bank
45 N. Pennsylvania St.
Indianapolis, IN 46204

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jamie Young
13719 W Voyagers Dr
Fishers, IN 46037

Kentucky Department of Revenue
Legal Branch - Bankruptcy Section
P.O. Box 5222
Frankfort, KY 40602

McKessen Medical Supplies
6555 State Hwy 161
Irving, TX 75039

Medline
PO Box 382075
Pittsburgh, PA 15251-0875

Porsche Finance
One Porsche Drive
Atlanta, GA 30354

Ready Capital (SBA Lender)
1251 Avenue of the Americas
50th Floor
New York, NY 10020

ReadyCap Lending, LLC/SBA
200 Connell Drive, Suite 4000
Berkeley Heights, NJ 07922

Social Life Marketing, LLC
125 N Weinbach Ave #510
Evansville, IN 47714

Speciality Capital Lending, LLC
224 W 35th St., Ste 500
Unit 583
New York, NY 10001

Stewart Richie
2137 Glen Lily Rd
Bowling Green, KY 42101

Summer Street Properties, LLC
911 College St., Ste. 205
Bowling Green, KY 42101

Teleradiology Specialists, LLC
dba Experity Teleradiology
4300 North Miller Rd, Ste 122
Scottsdale, AZ 85251

U.S. Small Business Administration
Tennessee District Office
2 International Plaza, Ste 500
Nashville, TN 37217

Versea Diagnostics
603 E Cass Street
Tampa, FL 33602

Zip Clinic Management, LLC
Jeremy Luckett, M.D.
3508 Fairview Dr
Owensboro, KY 42303

ZipClinic, PSC
Attn: Jeremey Luckett, M.D.
3508 Fairview Dr.
Owensboro, KY 42303

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Two-Young Consultants LLC**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Two-Young Consultants LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2024**

Date

**/s/ Dean A. Langdon**

**Dean A. Langdon**

Signature of Attorney or Litigant

Counsel for  **Two-Young Consultants LLC**

**DelCotto Law Group PLLC**
**200 North Upper St.**
**Lexington, KY 40507**
**(859) 231-5800 Fax:(859) 281-1179**