UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TWO YOUNG CONSULTANTS, LLC ) | CASE NO. 24-10435(1)(11) |
| ) | |
| Debtor(s) ) | |

**MEMORANDUM-OPINION-ORDER**

This matter is before the Court on the Motion of Creditor Experity, Inc. ("Experity") compelling Debtor, Two Young Consultants, LLC ("Debtor") to comply with the terms of the Agreed Order entered into between the parties on July 24, 2024, DKT No. 68. In that Agreed Order, the parties each agreed to continue to perform certain services detailed in the Agreed Order, while acknowledging that as of August 21, 2024, the contract between Experity and Debtor was deemed rejected.

Experity contends it performed its obligations pursuant to the terms of the Agreed Order, and billed Debtor for its services. The submitted invoices totaled $23,099.59. Debtor has failed to pay Experity for these services.

The Debtor, in response to Experity's Motion, states it has not paid Experity because Experity refused to allow Debtor to use its software to collect its accounts receivables and it needs to investigate whether it may have claims to offset some of the amounts billed by Experity and that these invoices should be paid on par with other administrative expenses. Debtor indicated that it was seeking a buyer for the business, which would generate enough funds to pay its administrative expenses, including Experity's invoices.

After this matter was fully briefed, the Court took the matter under submission.

On December 4, 2024, Debtor filed a Motion to Sell Substantially all of the Assets Owned by Debtor Free and Clear of all Liens, Claims and Encumbrances and to Pay Administrative Claims Pursuant to 11 U.S.C. § 506(c). The Court scheduled the matter for hearing, but the matter was continued several times upon Debtor's request.

On December 19, 2024, a hearing was held, after which the Court set a deadline of January 2, 2025, for the Debtor to file a Binding Letter of Intent. After the deadline passed, on January 7, 2025, Debtor filed a "Letter of Intent to Purchase Certain Assets of Two Young Consultants, LLC." However, this has no effect on the Agreed Order previously entered into by the parties.

The Debtor has failed to file any evidence that Experity is not entitled to payment of the invoices submitted for its services. *See*, *In re House*, 2019 Bankr. LEXIS 156 at 9 (Bankr. S.D. Miss., Jan. 18, 2019) and *In re Family Investments, Inc.*, 8 B.R. 572, 577 (W.D. Ky. 1981) (An Agreed Order is no less binding because it is based on a compromise by the parties, rather than a unilateral judicial act). Accordingly, the Court determines that pursuant to the terms of the Agreed Order, the Debtor is required to pay Experity the amount of the invoices submitted for its services in the total amount of $24,099.59.

So Ordered this 13th day of January, 2025.